UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


ERNEST MACK,                          *
                                      *
            Petitioner,               *
                                      *
      v.                              *          Civil Action No. 10-10856-JLT
                                      *
THOMAS DICKHAUT,                      *
                                      *
            Respondent.               *


ORDER

March 15, 2011

TAURO, J.

      For the reasons set forth in the accompanying Memorandum, Respondent's Motion to

Dismiss Petition for Writ of Habeas Corpus as Time-Barred [#14] is DENIED.

      Additionally, Petitioner's Motion to Correct Order No's %-9 [#13] is DENIED.

IT IS SO ORDERED.

                                       /s/ Joseph L. Tauro
                                      United States District Judge