UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERNEST MACK, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 10-10856-JLT |
| | * | |
| THOMAS DICKHAUT, | * | |
| | * | |
| Respondent. | * | |

ORDER

February 13, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the January 25, 2012 <u>Report and Recommendation Re: Respondent's Memorandum in Opposition to the Habeas Corpus Petition</u> [#40] of Magistrate Judge Bowler. For the reasons set forth in the <u>Report and Recommendation</u>, this court hereby DISMISSES the case. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge